# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  3:99CR00024-009 |
| RODNEY EDWARD WALL | ) | USM No:  13960-058 |
| Date of Previous Judgment:  7/7/2000 | ) | None |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❏ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  39 | | Amended Offense Level:  37 |
| Criminal History Category:  III | | Criminal History Category:  III |
| Previous Guideline Range:  Life to Life months | | Amended Guideline Range:  Life to Life months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):    No reduction due to mandatory minimum sentence of life imprisonment.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  7/7/2000  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:    August 31, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge