# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:99-CR-24-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| RODNEY EDWARD WALL, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's *pro se* motion (Doc # 542) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the two Presentence Investigation Reports and prior Court's Order (Doc. Nos. 536, 537 & 538).

IT IS SO ORDERED.

Signed: October 8, 2009

Frank D. Whitney
United States District Judge