IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:99-cr-24-9-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v | ) | |
| RODNEY EDWARD WALL | ) | ORDER |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 548 and 553) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** As stated in Document #538, there was a reduction of two levels. Previous Offense Level was 39 and the Amended Offense Level is 37. There is no further reduction due to mandatory minimum sentence of life imprisonment..

**IT IS SO ORDERED**.

Signed: July 8, 2010

Frank D. Whitney
United States District Judge